UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

A. Richard Rose,
a sole proprietorship
dba Rose Dist. Co.,

Plaintiff,

v.

Chase Products Co. and
U.S. Can Corporation,
Illinois corporations,

Defendants.

Civil File No. 00-171 MJD/JGL

**ORDER**

---

On January 21, 2000, Defendants in the above-captioned matter filed a Notice of Removal based on 28 U.S.C. § 1332, diversity of citizenship. In papers filed on January 24, 2000, Pro se plaintiff opposes removal and requests remand to state court. Plaintiff's original complaint alleged damages in the amount of $50,000, and Plaintiff has amended his complaint to assert damages in the amount of $30,000. This Court lacks jurisdiction over this matter because Plaintiff, in his amended complaint, has not alleged damages in excess of $75,000, exclusive of interest and costs.

ACCORDINGLY, IT IS HEREBY ORDERED that

This case is remanded to the Second Judicial District of the Minnesota District Court.

Dated: 1-28-2000

Michael J. Davis
United States District Court Judge

FILED JAN 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

For Immediate Release
January 3, 2000

# PRESS RELEASE

UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

## FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100